**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RAFAEL TOMAS GUERRA ESTRADA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1897-KC** |
| | § | |
| **MARY DE ANDA YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On July 28, 2026, the Court granted in part Rafael Tomas Guerra Estrada's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. July 28, 2026, Order 5, ECF No. 7.

Respondents have now informed the Court that on July 30, 2026, an IJ ordered Guerra Estrada released on a $10,000.00 bond. Status Report, ECF No. 9; *see id.* Ex. A ("IJ Order"), ECF No. 9-1.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 3; July 28, 2026, Order. Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 5th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE